Filed 5/30/23 P. v. Tarasuk CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Placer)

----

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | C090332 |
| v. | (Super. Ct. No. 62115893) |
| OLEG TARASUK, | |
| Defendant and Appellant. | |

The trial court denied defendant Oleg Tarasuk's petition for resentencing under Penal Code former section 1170.95 (now section 1172.6), and defendant appealed. Appointed counsel asked this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) This court dismissed the appeal, but the California Supreme Court granted defendant's petition for review and transferred the case back to this court with directions to vacate the prior decision and reconsider the matter in light of *People v. Delgadillo* (2022) 14 Cal.5th 216 (*Delgadillo*). We vacated the prior decision.

1

On April 7, 2023, we notified defendant that (1) counsel filed a brief indicating that no arguable issues had been identified by counsel; (2) as a case arising from an order denying postconviction relief, defendant was not entitled to counsel or to an independent review of the record; and (3) in accordance with the procedures set forth in *Delgadillo*, defendant had 30 days in which to file a supplemental brief or letter raising any argument he wanted this court to consider. In addition, we notified defendant that if we did not receive a letter or brief within that 30-day period, we may dismiss the appeal as abandoned. More than 30 days elapsed and we received no communication from defendant.

We consider defendant's appeal abandoned and order it dismissed. (*Delgadillo, supra*, 14 Cal.5th at p. 232.)

## DISPOSITION

The appeal is dismissed.


      /S/
MAURO, J.


We concur:


   /S/
ROBIE, Acting P. J.


   /S/
RENNER, J.